# Richmond

## ROBERT S. LINDSLEY v. FINE AND SALZBERG, INC.

January 16, 1976.

Record No. 741152.

Present, I'Anson, C.J., Carrico, Harrison, Cochran, Poff and Compton, JJ.

*Aldine J. Coffman, Jr. (Penelope D. Coffman; Coffman & Coffman,* on brief), for appellant.

*Howard I. Legum (Fine, Fine, Legum & Fine,* on brief), for appellee.